U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

ROBERT GOZNIKAR
v.
POMP'S TIRE SERVICE, INC.

Case Number:

**FILED**
**JANUARY 30, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PH  **08 C 659**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Robert Goznikar, Plaintiff

**JUDGE NORGLE**
**MAGISTRATE JUDGE MASON**

| NAME (Type or print) |
| --- |
| Dennis R. Favaro |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Dennis R. Favaro |

| FIRM |
| --- |
| Favaro & Gorman, Ltd. |

| STREET ADDRESS |
| --- |
| 835 Sterling Avenue, Suite 100 |

| CITY/STATE/ZIP |
| --- |
| Palatine, Illinois 60067 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6193849 | (847) 934-0060 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |