**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on March 11, 2008, she electronically filed the foregoing **APPEARANCE OF RENÉE L. KOEHLER** with the Clerk of the Court using the CM/ECF system, which will send an electronic notice of filing to the following CM/ECF users:

>Andrew H. Haber
>Dennis Ray Favaro
>FAVARO & GORMAN, LTD.
>835 North Sterling, Suite 100
>Palatine, IL 60067

>s/    **Renée L. Koehler**
>Renée L. Koehler
>KOEHLER & PASSARELLI, LLC
>900 S. Frontage Road, Suite 300
>Woodridge, Illinois  60517
>Telephone:  (630) 505-9939
>Facsimile:  (630) 505-9969
>E-mail:  rkoehler@k-pllc.com