**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 1:08-cv-00659
Goznikar
v.

Pomp's Tire Service, a Wisconsin
Corporation doing business in Illinois.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Pomp's Tire Service, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Leslie J. Johnson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Leslie J. Johnson | |
| FIRM <br> Koehler & Passarelli, LLC | |
| STREET ADDRESS <br> 900 S. Frontage, Suite 300 | |
| CITY/STATE/ZIP <br> Woodridge, IL 60517 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6277732 | TELEPHONE NUMBER <br> 630-505-9939 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |