## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 1:08-cv-00659

Goznikar
v.

Pomp's Tire Service, a Wisconsin
Corporation doing business in Illinois.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Pomp's Tire Service, Inc

| | |
|---|---|
| NAME (Type or print)<br>Stephanie M. Dinkel | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Stephanie M. Dinkel | |
| FIRM<br>Koehler & Passarelli, LLC | |
| STREET ADDRESS<br>900 S. Frontage, Suite 300 | |
| CITY/STATE/ZIP<br>Woodridge, IL 60517 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6292707 | TELEPHONE NUMBER<br>630-505-9939 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐