IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT GOZNIKAR,              )<br>                               )<br>    Plaintiff,                 )<br>                               )<br>v.                             )<br>                               )<br>POMP'S TIRE SERVICE, INC.      )<br>a Wisconsin Corporation doing  )<br>business in Illinois,          )<br>                               )<br>    Defendant.                 ) | No. 08 C 659 |

### NOTICE OF FILING

TO: Ms. Renee L. Koehler
   Ms. Leslie J. Johnson
   Koehler & Passarelli, LLC.
   900 South Frontage
   Suite 300
   Woodridge, Illinois 60517

   PLEASE TAKE NOTICE that on the 19th day of March, 2008 we caused to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, an Executed Waiver of Service of Summons, a copy of which is hereto and herewith served upon you.

"s/" Andrew H. Haber
Andrew H. Haber
Attorney Bar Number 6198412
Attorney for Plaintiff
Favaro & Gorman, Ltd.
835 Sterling Avenue, St. 100
Palatine, Illinois 60067
Telephone Number (847) 934-0060
Facsimile Number (847) 934-6899
E-Mail ahaber@favarogorman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2008, I presented a **Notice of Filing and Executed Waiver of Service of Summons** for filing and uploading to the CM/ECF System which will send notification of such filing to the following:

Ms. Renee L. Koehler
Ms. Leslie J. Johnson
Koehler & Passarelli, LLC.
900 South Frontage
Suite 300
Woodridge, Illinois 60517

                                              "s/" Andrew H. Haber
                                              Andrew H. Haber
                                              Attorney Bar Number 6198412
                                              Attorney for Plaintiff
                                              Favaro & Gorman, Ltd.
                                              835 Sterling Avenue, St. 100
                                              Palatine, Illinois 60067
                                              Telephone Number (847) 934-0060
                                              Facsimile Number (847) 934-6899
                                              E-Mail ahaber@favarogorman.com