UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT GOZNIKAR,           )<br>                                              )<br>           Plaintiffs,       )<br>                                              )  Case No.:  1:08-cv-00659<br>     v.                                     )  Judge Norgle<br>                                              )  Magistrate Judge Mason<br>POMP'S TIRE SERVICE, INC.,  )<br>A Wisconsin Corporation doing business  )<br>in Illinois,                            )<br>           Defendant.       ) | |

**DEFENDANT, POMP'S TIRE SERVICE INC.'S, DISCLOSURE STATEMENT**

Defendant, Pomp's Tire Service, Inc., by and through its attorneys, Renée L. Koehler, of KOEHLER & PASSARELLI, LLC, hereby make the following Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2:

Pomp's Tire Service, Inc. does not have a parent corporation or any affiliates.

                         Respectfully submitted,

Dated: June 2, 2008         POMP'S TIRE SERVICE, INC.

                         s/     **Renée L. Koehler**
                         Renée L. Koehler, Esq.
                         KOEHLER & PASSARELLI, LLC
                         900 S. Frontage Road, Suite 300
                         Woodridge, Illinois 60517
                         Telephone:  (630) 505-9939
                         Facsimile:  (630) 505-9969
                         E-mail: rkoehler@k-pllc.com

                         **ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2008, I electronically filed the foregoing **DEFENDANT, POMP'S TIRE SERVICE, INC.'S, DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Andrew H. Haber
> Dennis Ray Favaro
> FAVARO & GORMAN, LTD.
> 835 North Sterling, Suite 100
> Palatine, IL 60067

> s/     **Renée L. Koehler**
> Renée L. Koehler
> KOEHLER & PASSARELLI, LLC
> 900 S. Frontage Road, Suite 300
> Woodridge, Illinois  60517
> Telephone:  (630) 505-9939
> Facsimile:  (630) 505-9969
> E-mail:  rkoehler@k-pllc.com