# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **ROBERT GOZNIKAR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 08 CV 00659 |
| | ) | |
| **POMP'S TIRE SERVICE, INC.,** | ) | Judge Norgle |
| a Wisconsin corporation doing | ) | |
| business in Illinois, | ) | |
| | ) | Magistrate Judge Mason |
| **Defendant.** | ) | |

## NOTICE OF MOTION

TO:   Renee L. Koehler
    Koehler & Passarelli, LLC.
    900 S. Frontage Road
    Suite 300
    Woodridge, Illinois 60517

Please take notice that on the 11th day of July, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles R. Norgle occupied by him in Room 2341 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present a Motion for Leave to File First Amended Complaint, a copy of which is hereto and herewith served upon you.

/s Andrew H. Haber _____
Andrew H. Haber
Attorney Bar Number 6198412
Attorney for Plaintiff
Favaro & Gorman, Ltd.
835 Sterling Avenue
Suite 100
Palatine, Illinois 60067
Telephone Number (847) 934-0050
Telephone Number (847) 934-6899
E-Mail ahaber@favarogorman.com

# **CERTIFICATE OF SERVICE**

      I hereby certify that on **June 24, 2008** I presented a **Notice of Motion and Motion for Leave to File First Amended Complaint** to the Clerk of the United States District Court for filing and uploading to the CM/ECF System for Filing upon the following:

    Renee L. Koehler
    Koehler & Passarelli, LLC.
    900 S. Frontage Road
    Suite 300
    Woodridge, Illinois 60517

    /s Andrew H. Haber _____
    Andrew H. Haber
    Attorney Bar Number 6198412
    Attorney for Plaintiff
    Favaro & Gorman, Ltd.
    835 Sterling Avenue
    Suite 100
    Palatine, Illinois 60067
    Telephone Number (847) 934-0050
    Telephone Number (847) 934-6899
    E-Mail ahaber@favarogorman.com