IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT GOZNIKAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 08 C 659 |
| | ) |
| POMP'S TIRE SERVICE, INC. | ) |
| a Wisconsin Corporation doing | ) |
| business in Illinois, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF FILING

TO:   Ms. Renee L. Koehler
　　　Ms. Leslie J. Johnson
　　　Koehler & Passarelli, LLC.
　　　900 South Frontage
　　　Suite 300
　　　Woodridge, Illinois 60517

　　　PLEASE TAKE NOTICE that on the 2nd day of July, 2008, we caused to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Plaintiff's Amended Complaint, a copy of which is hereto and herewith served upon you.

　　　　　　　　　　　　　　　　　　　"s/" Andrew H. Haber
　　　　　　　　　　　　　　　　　　　Andrew H. Haber
　　　　　　　　　　　　　　　　　　　Attorney Bar Number 6198412
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　Favaro & Gorman, Ltd.
　　　　　　　　　　　　　　　　　　　835 Sterling Avenue, St. 100
　　　　　　　　　　　　　　　　　　　Palatine, Illinois 60067
　　　　　　　　　　　　　　　　　　　Telephone Number (847) 934-0060
　　　　　　　　　　　　　　　　　　　Facsimile Number (847) 934-6899
　　　　　　　　　　　　　　　　　　　E-Mail ahaber@favarogorman.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008, I presented a **Notice of Filing and Plaintiff's Amended Complaint** for filing and uploading to the CM/ECF System which will send notification of such filing to the following:

Ms. Renee L. Koehler
Ms. Leslie J. Johnson
Koehler & Passarelli, LLC.
900 South Frontage
Suite 300
Woodridge, Illinois 60517

                                      "s/" Andrew H. Haber
                                      Andrew H. Haber
                                      Attorney Bar Number 6198412
                                      Attorney for Plaintiff
                                      Favaro & Gorman, Ltd.
                                      835 Sterling Avenue, St. 100
                                      Palatine, Illinois 60067
                                      Telephone Number (847) 934-0060
                                      Facsimile Number (847) 934-6899
                                      E-Mail ahaber@favarogorman.com